IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **FREDERICK JOHNSON, et al.,** : | |
| **Plaintiffs** : | |
| v.   : | 5:05-CV-195 (WDO) |
| **ALLSTATE INSURANCE COMPANY,** : | |
| **Defendants** : | |

### ORDER

This matter is before the Court on the Plaintiffs' request for a hearing. After reviewing the matter, it does not appear that anything has been brought before the Court that necessitates a hearing at this time. However, when the matter is presented to the Court on dispositive motions, the Court will again take the matter under advisement and determine if a hearing is necessary at that time. Plaintiffs' Application for a Hearing is DENIED.

**SO ORDERED this 3rd day of August, 2005.**

**S/Wilbur D. Owens, Jr.
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**